UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SURESH KUMAR, a.k.a. SAM KUMAR,<br>#15020-075<br>P.O. Box 150160<br>Atlanta, Georgia  30315<br><br>         Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT<br>  OF JUSTICE - EXECUTIVE<br>OFFICE FOR U.S. ATTORNEY'S<br>  OFFICE<br>600 E Street, N.W.<br>Washington, D.C.  20530<br><br>         Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0714 (RBW)<br>)  Electronic Case Filing<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Jane M. Lyons** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_/s/_____
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161
(202) 514-8789 (fax)
Jane.Lyons@usdoj.gov

Dated:  May 30, 2006

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **31st** day of <u>May</u>, 2006, a true and correct copy of the foregoing **Praecipe** was served upon **pro se plaintiff** by first class United States mail, postage prepaid, marked for delivery to:

**SURESH KUMAR**
Reg. No. #15020-075
P.O. Box 150160
Atlanta, Georgia   30315

/s/
_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. -Room E4822
Washington, D.C.  20530
(202) 514-7161

Annette L. Dennis
Paralegal Assistant