# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SURESH KUMAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil  Action  No. 06-714 (RBW) |
| | ) | Electronic Case Filing |
| U.S. DEPARTMENT OF JUSTICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Defendants, identified in the complaint as the United States Department of Justice

("DOJ") and the Executive Office for United States Attorneys, which is a component of DOJ,

respectfully move the Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to

answer or otherwise respond to the Complaint from June 1, 2006 until August 1, 2006.  The

grounds for this motion are set forth below.

Plaintiff brings this case under the Freedom of Information Act, 5 U.S.C. § 552

("FOIA"), seeking certain information about himself from the records of the Department of

Justice.  Plaintiff was sentenced to life imprisonment based on his convictions for conspiracy,

arson and mail fraud in connection with a hotel fire in 1996 that killed four people.  United States

v. Logan, 187 F.3d 639, 1999 WL 551353 (6th Cir. July 19, 1999) (summarizing the background

and criminal investigation and proceedings), cert. denied, 529 U.S. 1129 (2000); United States v.

Kumar, No. 04-5667, 163 Fed. Appx. 361, 2006 WL 20553 (6th Cir. Jan. 5, 2006) (affirming

denial of petition under 28 U.S.C. § 2255).  The U.S. Attorney's Office was served with the

Complaint in this case on May 2, 2006.  Accordingly, the defendants' response is currently due

on June 1, 2006.  The Assistant United States Attorney with primary responsibility for this matter

promptly contacted the Executive Office for United States Attorneys ("EOUSA") after she received the case and personnel at EOUSA have provided the information contained in this motion about the status of plaintiff's FOIA request.

Plaintiff's FOIA request in 2002 was initially denied in full by EOUSA in July, 2003 based, among other things, on the continued existence of an open investigation and the protection of grand jury material. See July 29, 2003 Letter from EOUSA to Suresh Kumar (attached to the complaint). After plaintiff appealed to the Office of Information and Privacy ("OIP") and time had passed, OIP and EOUSA agreed that the original denial in full could be revisited, and OIP remanded plaintiff's appeal in February, 2004. Nothing in EOUSA's recent review of its records indicates that any further action was taken on plaintiff's request, however, until the complaint in the instant case was served. By letter dated May 18, 2006, EOUSA notified plaintiff that the fees associated with processing his request (after the first two hours of free search time and 100 pages of documents at no charge) were estimated at $546. See May 18, 2006 Letter from William G. Stewart II to Suresh Kumar (attached as Exhibit 1). Pursuant to its regulations, EOUSA requested that plaintiff agree to make payment within thirty days or narrow his request. Id. The files associated with plaintiff's request include over 20,000 potentially responsive records which include records relating to other people. See id.

Accordingly, EOUSA has not yet made its final response to plaintiff's FOIA request which is the subject of this litigation. To allow plaintiff an adequate opportunity to consider his options and respond to EOUSA's fee letter, and then for EOUSA to have some time to take the next step in responding to plaintiff's response, defendants respectfully request that the Court extend the time for defendants to respond to the complaint by sixty days. Plaintiff is a federal inmate and the mail

handling procedures of a federal prison and for mail coming into the DOJ delay correspondence. Resolving the fee issue prior to this case moving forward is reasonable because the fee matter could significantly influence the scope of this litigation.  If plaintiff pays the entire amount of estimated fees, EOUSA will likely need some additional time to complete processing his request and to prepare appropriate documentation of its response.

This extension of time is sought in good faith and will not unduly delay the resolution of this matter.  Plaintiff will not be unfairly prejudiced by the delay associated with this extension as it is part of the process of EOUSA responding to his FOIA request.  This is the defendants' first request for an extension of time to respond to the Complaint, and no scheduling order has been entered.

Counsel for defendants did not consult with plaintiff prior to filing this motion because he is presently incarcerated.  See Local Civil Rule 7(m).

WHEREFORE, based on the foregoing, the defendants respectfully request that the time for answering or otherwise responding to the complaint be extended to and including August 1, 2006.  A proposed order is attached.

Dated: May 30, 2006.

Respectfully submitted,


_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


- 3 -

_/s/_ _____
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161

## <u>CERTIFICATE OF SERVICE</u>

    I  HEREBY  CERTIFY that on this 30th day of May, 2006, a true and correct copy of the foregoing Defendants' Motion for Enlargement of Time was served upon pro se plaintiff by first class United States mail, postage prepaid marked for delivery to:


SURESH KUMAR
Reg. No. #15020-075
P.O. Box 150160
Atlanta, Georgia   30315


                                        /s/_____
                                        JANE M. LYONS, D.C. Bar # 451737
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Civil Division
                                          555 4th Street, N.W. - Room E4822
                                        Washington, D.C. 20530
                                        (202) 514-7161