

**U.S. Department of Justice**

Executive Office for United States Attorneys

---

FOIA and Privacy Act Staff      *Suite 7300, Bicentennial Building*      *(202) 616-6757*
                                 *600 E Street, N.W.*      *FAX (202) 616-6478*
                                 *Washington, DC 20530*

Requester: Suresh Kumar                    MAY 18 2006

Request No. 02-3652

Dear Mr. Kumar:

       We are currently searching for documents responsive to your FOIA/PA request, and we have reached the two hours of search time provided to you at no charge. Federal Regulation 28 CFR 16.11(i) provides that our office may collect an advance payment **before we continue processing your request** if we estimate fees will exceed $250.00. Search time is $28.00 per hour, after the first two hours which are free. In your case, the Western District of Kentucky has informed us that a complete search will take an additional 19.5 hours. Again, this excludes the first two hours which are provided free of charge. Therefore, the search fee would be approximately $546. The district has also indicated that they have about 21,500 pages of records in this case involving 3 defendants. We do not know at this time how many pages would be found that relate to you. Although not all of these records are likely to be released to you, please note that in addition to the charges for search time, we charge $.10 per page for pages released to you, after the first 100 pages which are free. Once processing has been completed and a final charge is known, you will be required to submit the remaining fee before documents will be released to you.

       Accordingly, an advance payment of $546.00 in the form of a check or money order, payable to the Treasury of the United States, must be received by this office before we will continue processing your request. **Please indicate on the face of the check the above request number and mail it to the above address.**

       If you wish to reduce your fees, you may reformulate your request by limiting the documents to a specific category or categories. Or, if you specify that you will only pay up to a certain amount, we will process your case up to that amount. Finally, keeping in mind that the first two hours were free, you may direct that we terminate your search.

       **Per 28 C.F.R. 16.11(i), your request is not considered received until we receive a response from you. Please respond within 30 days of the date of this letter, or this matter will be closed.** If you wish, you may use the attached form to indicate your wishes. If you have any questions, please call Attorney Advisor Garry Stewart at 202-616-3450.

                                                   Sincerely,

                                                   William G. Stewart II
                                                   Acting Assistant Director

Note: You may appeal this response by writing within 60 days to the Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington D.C. 20530-0001.

**FILE COPY**

Requester: Suresh Kumar     Request: 02-3652

## Choose One

1. Enclosed is an advance payment of $_____ for search fees.

2. Please terminate the search for documents. I promise to pay $_____ for duplication fees for documents found thus far.

3. Please terminate the search. I am hereby withdrawing my request_____(Sign)

4. I agree to pay no more than $_____ for search fees and no more than $_____ for duplication fees. Please process my request accordingly.

5. I wish to reformulate my request to include only the following documents:

_____

_____

_____

_____

(Please note that a search for specific records may not reduce search time and often requires more search time).

6. Please do not search any longer. **I understand that I am entitled to the first 100 pages free.** If you have found releasable documents, send me the free documents and close my case.

_____     _____
Name                                                                            Date

Please return to:

EOUSA
FOIA/PA
600 E. Street, N.W., Room 7300
Washington D.C., 20530