UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SURESH KUMAR, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, et al., )<br>)<br>        Defendants. )<br>_____ ) | Civil Action No. 06-714 (RBW)<br>Electronic Case Filing |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

Defendants, identified in the complaint as the United States Department of Justice ("DOJ") and the Executive Office for United States Attorneys, which is a component of DOJ, respectfully move the Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint from August 1, 2006 until August 24, 2006. The grounds for this motion are set forth below.

Plaintiff brings this case under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking certain information about himself from the records of the Department of Justice. Plaintiff was sentenced to life imprisonment based on his convictions for conspiracy, arson and mail fraud in connection with a hotel fire in 1996 that killed four people. United States v. Logan, 187 F.3d 639, 1999 WL 551353 (6th Cir. July 19, 1999) (summarizing the background and criminal investigation and proceedings), cert. denied, 529 U.S. 1129 (2000); United States v. Kumar, No. 04-5667, 163 Fed. Appx. 361, 2006 WL 20553 (6th Cir. Jan. 5, 2006) (affirming denial of petition under 28 U.S.C. § 2255). The U.S. Attorney's Office was served with the Complaint in this case on May 2, 2006. Because the Court granted defendant's previous motion

for additional time, the defendants' response is currently due on August 1, 2006. As described in that motion, the Executive Office for United States Attorneys ("EOUSA") has not yet responded to plaintiff's FOIA request and has advised plaintiff about the estimated fees of $546 associated with processing his request. As of the filing of this motion, undersigned counsel has not been advised that plaintiff has agreed to pay the fees or made any payment. Accordingly, personnel at EOUSA are preparing a declaration to support the agency's actions, some of which remain to be taken, and personnel at EOUSA do not currently anticipate that a declaration will be available for at least two more weeks due to the workload of personnel at the agency and the absence of agency counsel for a week of vacation during the first week of August. The declaration is needed to support the defendants' dispositive motion.

This extension of time is sought in good faith and will not unduly delay the resolution of this matter. Plaintiff will not be unfairly prejudiced by the delay associated with this extension as it is part of the process of EOUSA responding to his FOIA request. The agency should be given an opportunity to follow its regulations and a reasonable amount of time to prepare supporting evidentiary material for a dispositive motion. This is the defendants' second request for an extension of time to respond to the Complaint, and no scheduling order has been entered.

Counsel for defendants did not consult with plaintiff prior to filing this motion because he is presently incarcerated. See Local Civil Rule 7(m).

WHEREFORE, based on the foregoing, the defendants respectfully request that the time for answering or otherwise responding to the complaint be extended to and including August 24, 2006. A proposed order is attached.

Dated: July 28, 2006.

        Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


 /s/_____
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 28th day of July, 2006, a true and correct copy of the foregoing Defendants' Motion for Enlargement of Time was served upon pro se plaintiff by first class United States mail, postage prepaid marked for delivery to:

SURESH KUMAR
Reg. No. #15020-075
P.O. Box 150160
Atlanta, Georgia   30315

                                      /s/_____
                                      JANE M. LYONS, D.C. Bar # 451737
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      Civil Division
                                      555 4th Street, N.W. - Room E4822
                                      Washington, D.C. 20530
                                      (202) 514-7161