UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SURESH KUMAR,              )<br>                            )<br>       Plaintiff,          )<br>                            )<br>   v.                       )<br>                            )<br>U.S. DEPARTMENT OF JUSTICE, et al., )<br>                            )<br>       Defendants.         )<br>_____) | Civil Action No. 06-714 (RBW)<br>Electronic Case Filing |

**ORDER**

UPON CONSIDERATION of the defendants' motion for enlargement of time, any opposition thereto, and the entire record in this matter, and for good cause shown, it is this

_____ day of _____, 2006,

ORDERED that the defendants' motion is hereby GRANTED, and that defendants shall have through and including August 24, 2006 to answer or otherwise respond to the complaint.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

**Copies to:**
**By Electronic Case Filing**
Jane M. Lyons, Assistant United States Attorney
jane.lyons@usdoj.gov

**By U.S. Mail**
SURESH KUMAR
Reg. No. #15020-075
P.O. Box 150160
Atlanta, Georgia  30315