UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SURESH KUMAR, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, et al., )<br>)<br>      Defendants. )<br>_____ ) | Civil Action No. 06-714 (RBW)<br>Electronic Case Filing |

**DEFENDANTS' STATEMENT OF MATERIAL FACTS
NOT IN GENUINE DISPUTE**

Defendants submit this statement of material facts as to which there is no genuine dispute in accordance with Local Rule 7(h). The attached Declaration of Anthony J. Ciccone ("Ciccone Dec."), Senior Attorney Advisor with the Executive Office for United States Attorneys ("EOUSA") supports this statement.

    1.    By letter dated October 30, 2002, Plaintiff sought access to information about himself under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") contained in files associated with his criminal prosecution in the United States District Court for the Western District Court of Kentucky in 1997. See Complaint, ¶ 4; Ciccone Dec. ¶¶ 5-6 & Exh. 1. Plaintiff also supplied an executed Certificate of Identity. See Ciccone Dec. ¶¶ 5-6.

    2.    By letter dated November 21, 2002, EOUSA acknowledged receipt of the request, and assigned it a tracking number, Request No. 02-3652. See id. ¶ 7.

    3.    By letter dated July 29, 2003, EOUSA responded to Request No. 02-3652 with a full denial. See Ciccone Dec. ¶ 13 & Exh. 5. Among other reasons, EOUSA invoked Exemption 7(A) of the FOIA. See id. ¶¶ 13-14.

4.   As of July, 2003, plaintiff's criminal case remained open because a co-defendant, who is Plaintiff's brother-in-law, remained a fugitive and there had been at least one recent filing in the case. See id. ¶¶ 13-14. Accordingly, EOUSA properly applied Exemption 7(A).

5.   EOUSA also advised plaintiff that records from his criminal case would be subject to other FOIA Exemptions, including Exemption 3 in conjunction with Rule 6(e) of the Federal Rules of Criminal Procedure, with respect to grand jury materials, Exemption 5 for certain privileged, intra-governmental communications, and Exemption 7(C) with respect to privacy-protected information relating to individuals other than Plaintiff, and Exemption 7(D) with respect to protect the identity and information received from any confidential sources used in the case. Id. ¶ 15. EOUSA also noted that the Privacy Act exempted the records from release in their entirety because they are law enforcement records. See id. ¶ 16, citing 5 U.S.C. § 552a(j)(2); 28 C.F.R. §16.81(a).

6.   EOUSA also advised Plaintiff that he had the option of obtaining the publicly-available records associated with his criminal case directly from the Clerk of the U.S. District Court if he desired. See Ciccone Dec. ¶ 17. Finally, EOUSA advised Plaintiff of his right to appeal administratively EOUSA's denial of his request, and Plaintiff did so. Id. ¶¶ 18-19.

7.   In February, 2004, the Department of Justice's Office of Information and Privacy notified Plaintiff that it was remanding his case back to EOUSA for further action. See id. ¶ 20 & Exh. 8.

8.   After that, the U.S. Attorney's Office for the Western District of Kentucky ("USAO-WDKy") reviewed the files associated with Plaintiff's criminal case and, after two free

hours of search time had been expended, estimated that processing the material would cost $546. See id. ¶¶ 21-23.

9.       By letter dated May 18, 2006, EOUSA advised Plaintiff concerning the estimated charges in the amount of $546, and requested payment prior to completing the review of the file and processing of any documents. Id. ¶ 24 & Exh. 10.

10.      Plaintiff failed to respond to the May 18, 2006 fee letter from EOUSA in any fashion, either within the thirty days requested or since, and EOUSA notified him that it was closing the file on Request No. 02-3652 in accordance with Department of Justice regulations. Id. ¶ 25 & Exh. 11.

Dated: August 22, 2006.

                                                   Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161

Counsel for Defendants

- 3 -