RECEIVED
2006 AUG 28 AM 10: 46
DEPT. OF JUSTICE/EOUSA
FOIA/PRIVACY STAFF

Suresh Kumar, #15020-075
P.O. Box 150160
Atlanta, GA 30315

August 15, 2006

William G. Stewart II
Acting Assistant Director
US Department of Justice
Executive Office for United States Attorneys
Suite 7300, Bicentennial Building
600 E. Street, N.W.
Washington, DC 20530

Dear Mr. Stewart II:

I am in receipt of your letter dated August 9, (and also your latest motion for extension of time) which refers to your May 18 letter where in, supposedly, you outlined your fees estimate for processing my fees. Unfortunately, may be because of the prison locked down following some riots, I have not yet received your May 18 letter; I was waiting to address this fact in my response to your letter.

However, you already know that I am an indigent prisoner and my <u>in forma pauperis</u> status has long been granted by two Federal Courts; making it impossible for me to pay the amount of money outlined in your Motion. I ask you to kindly waive this processing fees; on the alternate, I will have no choice but to plead to the court to do it for me.

Sincerely,

Suresh Kumar, #15020-075

FILE COPY
FOIA #02-3652