

**U.S. Department of Justice**

Executive Office for United States Attorneys

Freedom of Information & Privacy Staff

(202) 616-6757   FAX: 616-6478   (www.usdoj.gov/usao)

*Suite 7300, Bicentennial Building*
*600 E Street, N.W.*
*Washington, DC 20530*

*Via Certified Mail*

September 13, 2006

Requester:   Suresh Kumar (#15020-075)
             Post Office Box 150160
             Atlanta, GA 30315

Request No.: 02-3652

Dear Requester:

    This responds to your letter dated August 15, 2006 (courtesy copy enclosed), which was received in this Office on August 28, 2006, and which states in pertinent part as follows:

> I am in receipt of your letter dated August 9 . . . which refers to your May 18 letter where in, supposedly, you outlined your fees estimate for processing my fees. Unfortunately, may be because of the prison [being] locked down following some riots, I have not yet received your May 18 letter. . . .
>
> [Y]ou already know that I am an indigent prisoner . . . making it impossible for me to pay the amount [requested and] I ask you to kindly waive this processing fees [sic]; on the alternate, I will have no choice but to plead to the court. . . .

    Pursuant to your request, please find enclosed another copy of our May 18, 2006 letter noting that processing fees of $546 were due within 30 days from the date of that letter, absent which your FOIA file would be closed, as was done in our August 9, 2006 letter (also enclosed).

    To the extent that your August 15, 2006 constitutes a formal request for waiver of fees, I regret to inform you that it is denied for the following reasons. Federal Regulation 28 CFR 16.11(k) sets forth the requirements for a waiver or reduction of fees. After carefully considering your FOIA request in the context of 28 CFR 16.11(k), I have determined that your request does not meet the requirements for the reasons listed below.

    Your request must demonstrate that disclosure of the information you have requested is "in the public interest", and disclosure is not primarily for a commercial purpose. Your request is obviously not for a commercial purpose, but neither is disclosure in the public interest. For disclosure of information to be in the public interest, disclosure must be "likely to contribute significantly to the public understanding of the operations or activities of the government".

Suresh Kumar, Requester
FOIA No. 02-3652
Page - 2 -

     28 CFR 16.11(k) requires that the subject of the requested records must concern identifiable operations or activities of the federal government, but in your case, you are the subject of the request. In addition, 28 CFR 16.11(k) requires: "The disclosure must contribute to the understanding of a reasonably broad audience of persons interested in the subject, as opposed to the individual understanding of the requester." In your case, your request contributes to your individual understanding as opposed to the understanding of a broad audience of persons.

     Finally, it is well settled that indigence alone is not grounds for a fee waiver. Thus, for all these reasons, no fee waiver is appropriate in this case. Moreover, since your August 15, 2006 states that "it is impossible for [you] to pay" the applicable fees, you present no basis on which to reopen your FOIA request, which, as noted in our August 9 letter, has been administratively closed, although related litigation remains pending in <u>Kumar v. Dept. of Justice</u>, No. 06-714 (D.D.C.), as noted in your latest correspondence.

                                                    Sincerely,

                                                    William G. Stewart II
                                                    Acting Assistant Director

Enclosures:
May 18, 2006 Fee Letter
Aug. 9, 2006 Closing Letter
Aug. 15, 2006 Waiver Request



**U.S. Department of Justice**

Executive Office for United States Attorneys

---

FOIA and Privacy Act Staff                Suite 7300, Bicentennial Building        (202) 616-6757
                                          600 E Street, N.W.                       FAX (202) 616-6478
                                          Washington, DC 20530

Requester: Suresh Kumar                   MAY 18 2006

Request No. 02-3652

Dear Mr. Kumar:

    We are currently searching for documents responsive to your FOIA/PA request, and we have reached the two hours of search time provided to you at no charge. Federal Regulation 28 CFR 16.11(i) provides that our office may collect an advance payment **before we continue processing your request if we estimate fees will exceed $250.00.** Search time is $28.00 per hour, after the first two hours which are free. In your case, the Western District of Kentucky has informed us that a complete search will take an additional 19.5 hours. Again, this excludes the first two hours which are provided free of charge. Therefore, the search fee would be approximately $546. The district has also indicated that they have about 21,500 pages of records in this case involving 3 defendants. We do not know at this time how many pages would be found that relate to you. Although not all of these records are likely to be released to you, please note that in addition to the charges for search time, we charge $.10 per page for pages released to you, after the first 100 pages which are free. Once processing has been completed and a final charge is known, you will be required to submit the remaining fee before documents will be released to you.

    Accordingly, an advance payment of $546.00 in the form of a check or money order, payable to the Treasury of the United States, must be received by this office before we will continue processing your request. **Please indicate on the face of the check the above request number and mail it to the above address.**

    If you wish to reduce your fees, you may reformulate your request by limiting the documents to a specific category or categories. Or, if you specify that you will only pay up to a certain amount, we will process your case up to that amount. Finally, keeping in mind that the first two hours were free, you may direct that we terminate your search.

    **Per 28 C.F.R. 16.11(i), your request is not considered received until we receive a response from you. Please respond within 30 days of the date of this letter, or this matter will be closed.** If you wish, you may use the attached form to indicate your wishes. If you have any questions, please call Attorney Advisor Garry Stewart at 202-616-3450.

Sincerely,

William G. Stewart II
Acting Assistant Director

Note: You may appeal this response by writing within 60 days to the Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington D.C. 20530-0001.

**ATTACHMENTS**           **FILE COPY**

Requester: Suresh Kumar        Request: 02-3652

### Choose One

1. Enclosed is an advance payment of $_____ for search fees.

2. Please terminate the search for documents. I promise to pay $_____ for duplication fees for documents found thus far.

3. Please terminate the search. I am hereby withdrawing my request_____(Sign)

4. I agree to pay no more than $_____ for search fees and no more than $_____ for duplication fees. Please process my request accordingly.

5. I wish to reformulate my request to include only the following documents:

_____

_____

_____

_____

(Please note that a search for specific records may not reduce search time and often requires more search time).

6. Please do not search any longer. **I understand that I am entitled to the first 100 pages free.** If you have found releasable documents, send me the free documents and close my case.

_____        _____
Name                                    Date


Please return to:

EOUSA
FOIA/PA
600 E. Street, N.W., Room 7300
Washington D.C., 20530



**U.S. Department of Justice**

Executive Office for United States Attorneys

(202) 616-6757  FAX: 616-6478  (www.usdoj.gov/usao)

Freedom of Information & Privacy Staff

*Suite 7300, Bicentennial Building*
*600 E Street, N.W.*
*Washington, DC 20530*

August 9, 2006

Requester: Suresh Kumar

Request No.: 02-3652

AUG -9 2006

Dear Requester:

On May 18, 2006, we sent you a letter indicating an estimate of the fees that would be charged for processing your Freedom of Information Act request. We gave you 30 days to respond with your commitment to pay or advance payment, as appropriate. Since we did not hear from you in that time, your request file has been closed in accordance with our prior letter.

Sincerely,

William G. Stewart II
Acting Assistant Director

RECEIVED
2006 AUG 28 AM 10: 46
DEPT. OF JUSTICE/EOUSA
FOIA/PRIVACY STAFF

Suresh Kumar, #15020-075
P.O. Box 150160
Atlanta, GA 30315

August 15, 2006

William G. Stewart II
Acting Assistant Director
US Department of Justice
Executive Office for United States Attorneys
Suite 7300, Bicentennial Building
600 E. Street, N.W.
Washington, DC 20530

Dear Mr. Stewart II:

I am in receipt of your letter dated August 9, (and also your latest motion for extension of time) which refers to your May 18 letter where in, supposedly, you outlined your fees estimate for processing my fees. Unfortunately, may be because of the prison locked down following some riots, I have not yet received your May 18 letter; I was waiting to address this fact in my response to your letter.

However, you already know that I am an indigent prisoner and my <u>in forma pauperis</u> status has long been granted by two Federal Courts; making it impossible for me to pay the amount of money outlined in your Motion. I ask you to kindly waive this processing fees; on the alternate, I will have no choice but to plead to the court to do it for me.

Sincerely,

Suresh Kumar, #15020-075

FILE COPY
FOIA #02-3652

Suresh Kumar #15020-075
P.O Box 150160
Atlanta, GA 30315

ATLANTA GA 303
16 AUG 2006 PM 4 T

INSPECTED 6

Mr William G. Stewart II
Acting Assistant Director
U S Department of Justice
Executive Office for U.S. Attorneys
Suite 7300
600 E Street N.W.
Washington, DC 20530