## LIST OF EXHIBITS TO PLAINTIFF'S AFFIDAVIT

Exhibit 1    Docket Sheet showing Supreme Court's denial of Plaintiff's Direct Appeal Cert.

Exhibit 2    Plaintiff's September 20, 2003 letter appealing the denial.

Exhibit 3    Defendant's October 10, 2003 letter acknowledging and assigning an appeal number.

Exhibit 4    Defendant's February 27, 2004 letter remanding for further processing.

Exhibit 5    Plaintiff's March 10, 2004 letter thanking Defendant

Exhibit 6    Plaintiff's July 9, 2004 reminder which till date remains unanswered.

Exhibit 7    Plaintiff's August 15, 2006 letter, informing the Defendant that Plaintiff was indigent and that Plaintiff's May 18, 2006 letter was never received by the Plaintiff.