| | | |
|---|---|---|
| | | any motion must be sent to the opposing party, pursuant to FRCP (cc: all counsel, USM, USPO) (MLL) (Entered: 02/25/2000) |
| 06/05/2000 | | REMARK - Notification from William K. Suter, Clerk, Supreme Court of the United States that the petition for a writ of certiorari denied. (LMW) (Entered: 06/07/2000) |
| 11/22/2000 | | LETTER from defendant Suresh Kumar (MLL) (Entered: 11/22/2000) |
| 11/22/2000 | 336 | ORDER by Judge Thomas B. Russell: The Clerk shall furnish dft a copy of the docket sheet in this case w/ a copy of the Local Rules re letter [0-0] (cc: AUSA, Kumar) USM, USPO) (MLL) (Entered: 11/22/2000) |
| 01/24/2001 | 339 | TRANSCRIPT (2) of Further Proceedings for Kumar and Logan on 7/26/96 (MLL) Modified on 02/14/2001 (Entered: 01/25/2001) |
| 02/14/2001 | 340 | ORDER by Judge Thomas B. Russell finding the motion for leave to amend motion pursuant to 28 USC 2255 [338-1] moot. if dft desires to amend his 2255 motion, he sould do so by filing a motion to amend in the civil action;granting motion for order to file under seal the attached Motion to Vacate, 28 USC 2255 [337-1] (cc: petitioner pro-se, US Atty) (MLL) (Entered: 02/14/2001) |
| 02/14/2001 | | FILE SUBMITTED to Pro-SE Staff Atty 003 (MLL) (Entered: 02/14/2001) |
| 08/14/2001 | 342 | ORDER by Judge Thomas B. Russell: motion pursuant to 28 USC 2255 Ordered filed; Clerk shall furnish US Atty with copy; US shall file opposing memorandum, if any, within 21 days from entry of this Order (cc: all counsel, USM, USPO) (LMW) (Entered: 08/14/2001) |
| 08/15/2001 | | BEGIN VOLUME # VII (MLL) (Entered: 09/10/2001) |
| 08/28/2001 | 343 | MOTION to extend time to file response to 28:2255 up to and including 10/2/01 by USA (MLL) (Entered: 08/29/2001) |
| 08/31/2001 | | DOCUMENT NUMBER: 343 SUBMITTED to TBR at Paducah (MLL) (Entered: 08/31/2001) |
| 09/10/2001 | | FILE RETURNED (MLL) (Entered: 09/10/2001) |
| 09/10/2001 | 344 | ORDER by Judge Thomas B. Russell: the motion to vacate, set aside or correct sentence pursuant to 28 USC 2255 by Suresh Kumar shall be filed in the original criminal action being attacked. The Clerk shall furnish the US Atty with a copy of said motion; the US shall file its opposing mem within 21 days from entry of this order (cc: all counsel, USM, USPO) (MLL) (Entered: 09/10/2001) |

0032

| | | |
|---|---|---|
| | | record on appeal [324-1] (MLL) (Entered: 12/31/1998) |
| 01/08/1999 | | DOCUMENT NUMBER: 323-326 SUBMITTED to TBR at Paducah for ruling (MLL) (Entered: 01/08/1999) |
| 01/13/1999 | 327 | ORDER by Judge Thomas B. Russell granting motion for order to file exhibits with Sixth Circuit Court of Appeals [323-1] (cc: all counsel) (MLL) (Entered: 01/13/1999) |
| 01/13/1999 | 328 | ORDER by Judge Thomas B. Russell granting motion for order to make the 5/20/97 letter from atty Kevin McNally to US Probation officer a part of the record on appeal [324-1]; the Clerk shall file the 5/20/97 letter as part of the record (cc: all counsel) (MLL) (Entered: 01/13/1999) |
| 01/13/1999 | 329 | SUPPLEMENTAL RECORD on Appeal sent to USCA re [256-1] (DN 319 thru DN 328) (LMW) (Entered: 01/13/1999) |
| 01/13/1999 | 330 | SUPPLEMENTAL RECORD on Appeal sent to USCA re [255-1] (DN 319 thru DN 328) (LMW) (Entered: 01/13/1999) |
| 01/13/1999 | | TRANSMISSION form sent to USCA [256-1], [255-1] with supplemental record on appeal (DN 319 thru 328) (LMW) (Entered: 01/13/1999) |
| 09/30/1999 | 331 | APPEAL Mandate from USCA affirming the decision of the District Court as to Joe Logan [256-1], affirming the decision of the District Court as to Suresh Kumar [255-1] (cc: all counsel) (LMW) (Entered: 10/04/1999) |
| 10/14/1999 | | APPEAL Record returned by USCA (LMW) (Entered: 10/14/1999) |
| 12/29/1999 | | DOCUMENT NUMBER: 332 SUBMITTED to TBR at Paducah (MLL) (Entered: 12/29/1999) |
| 01/05/2000 | 333 | ORDER by Judge Thomas B. Russell granting motion for order granting payment of expenses for copying record and mailing to dft Logan [332-1] (cc: all counsel) (MLL) (Entered: 01/05/2000) |
| 01/18/2000 | | REMARK - (RE: Logan - received notification from Supreme Court that petition for writ of certiorari was denied) (LMW) (Entered: 01/26/2000) |
| 02/21/2000 | | REMARK - Notification from Clerk of Supreme Court that petition for a writ of certiorari placed on docket for 2/1/00 as No. 99-1283 (LMW) (Entered: 02/23/2000) |
| 02/25/2000 | 335 | ORDER by Judge Thomas B. Russell finding the motion for order dismissing counsel and to proceed pro-se [334-1] moot. In the future, dft shall file all requests with the Clerk in the form of a motion. A copy of |

**0031**