**Exhibit    2**

Suresh Kumar #15020-075
P.O. Box 150160
Atlanta, GA  30315

September 20, 2003

Office of Information and Privacy
United States Department of Justice
Flag Building, Suit 750
Washington, D.C.  20530

Dear Sir/Madame:

RE:  Freedom of Information Act/Privacy Act Appeal

Citing §552(b)(3), 552(b)(5), (552(b)(7)(A), 552(b)(7)(B), 552(b)(7)(C), 552(b)
(7)(D), 552a (j)(2) exemptions, my FOIA request which was mailed on October 30,
2002 was denied by Ms. Marie A. O'Rourke through her letter dated July 29, 2003.

I appeal this denial because of the under mentioned reasons:

    a.    Contrary to the  Assistant Director's assertion none of my requst are
        exempted by the statute.

    b.    My FOIA request does not seek for any interagency memorandums and records
        or letter.

    c.    Since my case has already become final and all the allegations were
        already put in issue it will not interfere with enforcement proceeding.

Secondly, I suggest blacking out the names and identities of persons which may
pose a concern under §552(b)(7)(A), 552(b)(7)(C), 552(b)(D)

Finally your assertion that all the disclosure in my request is exempted under
§550(b)(3) is contrary to the existing law.

I am entitled to this information under FOIA and I appeal this unjust denial
of my request.  I expect a final ruling on my appeal within 20 days, the time
specified  in the statute, failing which, I will have no choice, but to file
a Civil Complaint in the Federal District Court.

Sincerely,

Suresh Kumar