

Office of Information and Privacy

Telephone: (202) 514-3642            Washington, D.C. 20530

OCT 16 2003

Mr. Suresh Kumar
Register No. 15020-075
United States Penitentiary
601 McDonough Boulevard SE., Box PMB
Atlanta, GA  30315

    Re:    Your letter of September 20, 2003

Dear Mr. Kumar:

    This is to advise you that your administrative appeal from the action of the Executive Office for United States Attorneys on your request for information from the files of the Department of Justice was received by this Office on September 30, 2003.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **03-3552**. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                      Sincerely,

                      Priscilla Jones
                      Administrative Specialist