**Exhibit 4**



Office of Information and Privacy

*Telephone: (202) 514-3642*

*Washington, D.C. 20530*

FEB 27 2004

Mr. Suresh Kumar
Register No. 15020-075
United States Penitentiary
Box PMB
Atlanta, GA 30315

Re: Appeal No. 03-3552
Request No. 02-3562
RLH:NSQ:FPM

Dear Mr. Kumar:

You appealed from the action of the Executive Office for United States Attorneys on your request for access to records concerning you.

After carefully considering your appeal, and as a result of discussions between the EOUSA and a member of my staff, I have decided to remand your request for further processing. If you are dissatisfied with the EOUSA's further action on your request, you may appeal again to this Office.

If you consider my response to be a denial of your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Richard L. Huff
Co-Director