Exhibit    5

Suresh Kumar #15020-075
P.O. Box 150160
Atlanta, GA   30315

March 10, 2004                                  Appeal No. 03-3552
                                                Req. No.   02-3562
                                                           RLH:NSQ:FPM
Mr. Richard L. Huff
Co-Director
Department of Justice
Office of Information and Privacy
Flag Bldg. Suite 750
Washington, DC   20530

Dear Mr. Huff:

Thank you for your letter dated Feb 27, 2004 intimating me that you have remanded my FOIA request to EOUSA for 'further processing.' I appreciate your kind conisderation.

Finally, I don't consider your response to be a denial; and look forward to EOUSA processing my request.  However, I will appreciate if you could kindly write to let me know as to how long will it be for the processing to be complete, or if I can do anything to help them expedite the process.

Thanking you.

Sincerely,

Suresh Kumar