Exhibit   6

Suresh Kumar #15020-075
P.O. Box 150160
Atlanta, GA  30315

July 9, 2004

Mr. Richard L. Huff
Office of Information and Privacy
Flag Building, Suite 750
Washington, DC  205630

Dear Mr. Huff:

RE:  FOIA REQUEST  03-3552 and 02-3652; RLH: NSQ: FPM

This is in furtherance to your letter dated Feb 27, 2004 and my response dated Mar 10, 2004 (mistakenly dated Mar 10, 2003) concerning my FOIA request in the above case, which you had so kindly agreed to remand for "further processing" following my appeal.

Unfortunately--although, my Direct Appeal has been long denied and the conviction become final, and hence as per law I am entitled to my Discovery request--I am yet to receive either the Vaughn Index or any of the requested documents.

Sir! I understand that you have a job to do, but since my request has been pending so long, I will appreciate if you could kindly order the release of the requested documents as soon as possible.

Thanking you.

Sincerely,

Suresh Kumar