Exhibit     7

Suresh Kumar, #15020-075
P.O. Box 150160
Atlanta, GA  30315

August 15, 2006

William G. Stewart II
Acting Assistant Director
US Department of Justice
Executive Office for United States Attorneys
Suite 7300, Bicentennial Building
600 E. Street, N.W.
Washington, DC  20530

Dear Mr. Stewart II:

I am in receipt of your letter dated August 9, (and also your latest motion for extension of time) which refers to your May 18 letter where in, supposedly, you outlined your fees estimate for processing my fees. Unfortunately, may be because of the prison locked down following some riots, I have not yet received your May 18 letter; I was waiting to address this fact in my response to your letter.

However, you already know that I am an indigent prisoner and my in forma pauperis status has long been granted by two Federal Courts; making it impossible for me to pay the amount of money outlined in your Motion. I ask you to kindly waive this processing fees; on the alternate, I will have no choice but to plead to the court to do it for me.

Sincerely,

Suresh Kumar, #15020-075

CERTIFICATE OF SERVICE

I certify under the penalty of perjury that a copy of foregoing reply motion, along with exhibits, has been mailed to the undermentioned party at the address below by First Class Postage prepaid United States Mail by mailing it in the Institution Post Office on September 22, 2006.

Mr. Terry Cushing, AUSA
510 Broadway St. 10 Floor
Louisville, KY 40202

Suresh Kumar, #15020-075