

RECEIVED

OCT 0 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Suresh Kumar, #15020-075
P.O. Box 150160
Atlanta, GA 30315

October 2, 2006                          IN RE:  Suresh Kumar v. Dept. Jusitce,
                                                   No. 06-714 (RBW)

Clerk of the Court
District Court of Washington
333 Constitution Av. NW
Washington, DC  2001

Dear Sir/Madame:

I am enclosing a copy of my letter to the Defendants in the above case along with the notorized affidavit which I promised to send. Kindly file them as a supplement to my reply (dated September 25, 2006) to the Defendant's response. The short reply pertains to the issue before the court and is self explanatory and terse.

Sincerely,

[signature]

_____
Suresh Kumar, #15020-075