Suresh Kumar, #15020-075
P.O. Box 150160
Atlanta, GA  30315

September 27, 2006

Mr. William G. Stewart II
Acting Assistant Director
Suite 7300, Bicentennial Building
600 E. Street, N.W.
Washington, DC  20530

RE:  Suresh Kumar v. Dept. of Justice, No. 06-714

This letter is in response to your letter dated September 13, 2006 concerning my request for documents under FOIA, and your subsequent denial of my request to waive the processing fees in the amount of $546.

As I informed you, and also the court through my reply to your response to my complaint, and also through my August 15, 2006 letter, I am a indigent prisoner who's indigent status has been approved by the court.

Since you continue to deny my request to waive the processing fees, I have requested the court to either waive my processing fees, or to permit me to pay it on installment basis by deducting a portion from my institution paycheck on a monthly basis.

Sincerely,

Suresh Kumar