

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_   ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 9-19-06<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br>SURESH KUMAR<br>#15020-025<br>P.O. Box 150160<br>ATLANTA GA 30315 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 2510 0007 8202 4106 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

UNITED STATES POSTAL SERVICE
ATLANTA GA 303
19 SEP 2006 PM 2

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

U.S. DEPARTMENT OF JUSTICE
EOUSA/FOIA/PA UNIT
BICN BLDG., RM. 7300
600 E ST., N.W.
WASHINGTON, DC 20530

RECEIVED 2006 SEP 26 AM 11:17 DEPT. OF JUSTICE/EOUSA FOIA/PRIVACY STAFF