UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SURESH KUMAR,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>    Defendants. | Civil Action No. 06-714 (RBW) |

**ORDER**

  For the reasons stated in the accompanying Memorandum Opinion, it is hereby

  ORDERED that defendants' motion for summary judgment [Dkt. #11] is GRANTED. It is further

  ORDERED that JUDGMENT shall be entered for defendant.

  This is a final appealable Order. *See* Fed. R. App. P. 4(a).

  SO ORDERED.

                     /s/
                   REGGIE B. WALTON
Date: February 16, 2007          United States District Judge